## Clara Handte Godbersen, Appellant, v. Dorothea Handte, Appellee.

Gen. No. 45,492.

Lyle, Havey & Gager, for appellant; Morris A. Haft, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.

## Fred Stieb, Appellee, v. City of Chicago, Appellant.

Gen. No. 45,539.

John J. Mortimer, Corporation Counsel, of Chicago, for appellant; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel; Wilbert J. J. Wahler, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed February 19, 1952; released for publication March 3, 1952.